165 So. 917
**Dalton HILL v. STATE.**
**8 Div. 90.**

Court of Appeals of Alabama.
Feb. 4, 1936.

W. L. Almon, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.